# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>UNGARO, URSULA M. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/01/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>400 N. MIAMI AVENUE<br>ROOM 12-4<br>MIAMI, FLORIDA 33128 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA M. | 05/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA M. | 05/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA M. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin Valuemark IV Annuity | | None | M | T | | | | | |
| 2. Smith Barney Money Market | A | Interest | L | T | | | | | |
| 3. Allen Co. Ind. Pub.Lib. Bond | B | Interest | | | Matured | 01/15/11 | L | A | |
| 4. Miami Dade Aviation Rev. Bond | C | Interest | L | T | | | | | |
| 5. Miami Dade Co. Fla. Waste Sys Bond | B | Interest | L | T | | | | | |
| 6. Mount Prospect, Ill. Library Bond | B | Interest | L | T | | | | | |
| 7. Texas Womens Univ. Bond | B | Interest | L | T | | | | | |
| 8. Thurston Co. Wash. Rev. Bond | B | Interest | L | T | | | | | |
| 9. Arizona Sch. Board Series A Bond | A | Interest | | | Matured | 12/01/11 | L | A | |
| 10. Intermountain PWR AGY UtahREV Bond | B | Interest | | | Matured | 07/01/11 | K | A | |
| 11. Broward Co. Fla. Airport Revenue Bond | B | Interest | K | T | | | | | |
| 12. Fla St. Brd Ed Lottery REv bond | B | Interest | K | T | | | | | |
| 13. Okaloosa CNty Fla Wtr & Sewer Bond | B | Interest | K | T | | | | | |
| 14. Tallahassee, Fla. Fla Cap Bond | B | Interest | K | T | | | | | |
| 15. Miami-Dade County Stormwater Util. Bond | A | Interest | K | T | | | | | |
| 16. Chicago Ill PJ-Ser C | A | Interest | K | T | | | | | |
| 17. Davenport Iowa Gen. Oblig Bond | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA M. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Miami-Dade Co. Fla. ExpyToll Sys Bond | A | Interest | K | T | | | | | |
| 19. Illinois Ser A U/T Bond | A | Interest | K | T | | | | | |
| 20. Houston, Tex. Util Sys Rev. Bond | A | Interest | J | T | | | | | |
| 21. Orlando Fl Cap Impvmt Spl Rev Bond | A | Interest | K | T | | | | | |
| 22. Pa.StHigher Ed Auth Rev Bond | A | Interest | K | T | | | | | |
| 23. Wisc St Transp Rev bond | A | Interest | K | T | | | | | |
| 24. Mia Bch Parking Rev Ser B bond | A | Interest | K | T | | | | | |
| 25. MiaDade Sp Oblig Cap Asset Aqu-E Bond | A | Interest | K | T | | | | | |
| 26. Collin Co TexPerm Imp Bond | A | Interest | K | T | Buy | 06/30/11 | K | | |
| 27. Sarasota Cty Infrstrct Sales surtax Bond | A | Interest | K | T | Buy | 01/30/11 | K | | |
| 28. Fla. St. Bd Gov FAU Dorm Rev Bond | A | Interest | J | T | Buy | 11/30/11 | J | | |
| 29. Hillsborough Cty Cmny Invt Tax Rev bond | A | Interest | K | T | Buy | 11/30/11 | K | | |
| 30. North Harris Mont Cmty CLG DT Tex Rev Bond | A | Interest | K | T | Buy | 11/09/11 | K | | |
| 31. Fla.Dept Env Prot Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Although not required, I am reporting the following: I own a 1.1% limited partnership interest in Mt. Blue Ltd. Partners which owns a 2.73% interest in another entity, the Shopping Center Partnership. I did not reported this interest until 2010r because, during my entire tenure, it has never had a value of $1,000 or more. In other words, there has not been a secondary market for my interest at any time during my service as a District Judge. However, it carries the potential for a tax liability (the amount of which and timing I cannot predict). Although I am not obligated to report this interest as an asset, I am continuing to report it in an abundance of caution because under the current economic conditions, I am concerned that some tax liability could arise in connection with the interest. It should be noted, however, that I have no information from the general partner and no information regarding the partnership from any other source that suggests any current tax liability exposure; I am relying simply on my knowledge of current economic conditions, my understanding of the tax liabilites that can be associated with limited partnership interests generally and my knowledge of the history of these entities.

| Name of Person Reporting | Date of Report |
|---|---|
| UNGARO, URSULA M. | 05/01/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ URSULA M. UNGARO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544